IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BILLY GOAT CONSTRUCTION, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-513-DII |
| HOUSEMAX FUNDING FUND I, LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, *not in its individual capacity but solely as owner trustee of SG Alternative Mortgage Trust 2022-RT1.2*, | § § § § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On this date, the Court issued an order dismissing this case without prejudice for want of prosecution. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on October 29, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE